Hendrickson Motor Truck Company et al., Appellees, v. International Association of Machinists et al., Appellants.

Gen. No. 40,642.

Opinion filed October 16, 1939. Abraham W. Brussell and Daniel D. Carmell, for appellants; Franklin J. Stransky and Seymour M. Lewis, for appellees. Opinion by JUSTICE O'CONNOR. "Not to be published in full."

Donald F. Moore, Appellant, v. Margaret E. Kelly, Appellee.

Gen. No. 40,672.

opinion filed October 23, 1939. Wm. A. Cunnea, for appellant; Richard P. Garrett, of counsel; Maurice J. Walsh, for appellee. Opinion by PRESIDING JUSTICE MATCHETT. "Not to be published in full."